|   |   |
|---|---|
| 1 | MARTIN B. GREENBAUM – CSB No. 45268 |
| 2 | GREENBAUM & KATZ LLP |
|   | 840 Newport Center Drive, Suite 720 |
| 3 | Newport Beach, CA 92660 |
|   | Tel: (949) 760-1400 |
| 4 | Tel: (949) 760-1300 |

Attorneys for Plaintiff
KINGVISION PAY-PER-VIEW CORP., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTICT OF CALIFORNIA

| KINGVISION PAY-PER-VIEW CORP., LTD., | ) Case No.: C 04-02504 JSW |
|---|---|
| Plaintiff, | ) JUDGE JEFFREY S. WHITE |
| vs. | ) STIPULATION REGARDING JOINT CASE MANAGEMENT STATEMENT AND JOINT EARLY REPORT |
| BERNARD WILLIAMS, individually and dba AVENUE CLUB, | ) (50 App. U.S.C. § 520) |
| Defendant. | ) DATE: June 17, 2005 |
|   | ) TIME: 1:30 p.m. |
|   | ) PLACE: Courtroom 1 |
|   | ) 450 Golden Gate Avenue |
|   | ) San Francisco, CA 94102 |

IT IS HEREBY STIPULATED by and between Plaintiff KINGVISION PAY-PER-VIEW CORP, LTD., and Defendant, BERNARD WILLIAMS, individually and dba AVENUE CLUB, as follows:

Counsel for Plaintiff and Defendant have spoken and hereby stipulate and jointly request that the Court allow the deferral of the filing of the Joint Case Management Statement and Joint Early Report until Noon on Wednesday, June 15, 2005 by e-filing. This is not a complex case and the reports should be brief.

---

1

STIPULATION REGARDING
JOINT CASE MANAGEMENT STATEMENT AND JOINT EARLY REPORT

Dated: June 17, 2005     GREENBAUM & KATZ LLP

By: _____
MARTIN B. GREENBAUM
Attorneys for Plaintiff,
KINGVISION PAY-PER-VIEW CORP, LTD.

Dated: June 13, 2005     DIMITRIOU & ASSOCIATES

By: _____
ANDREW DIMITRIOU
Attorneys for Defendant,
BERNARD WILLIAMS, individually and
dba AVENUE CLUB

### ORDER

The Court having reviewed the above stipulation between the parties now approves the Stipulation contained herein and orders that the deadline for filing of the Joint Case Management Statement and Joint Early Report be deferred until Noon on Wednesday, June 15, 2005 by e-filing.

Dated: June 14, 2005

/s/ Jeffrey S. White
Judge ~~MARIA-ELENA JAMES~~ White
United States ~~Magistrate~~ Judge

2
STIPULATION REGARDING
JOINT CASE MANAGEMENT STATEMENT AND JOINT EARLY REPORT