IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD., <br><br> Plaintiff, <br><br> v. <br><br> BERNARD WILLIAMS, individually and dba AVENUE CLUB, <br><br> Defendant. _____/ | No. C 04-02504 JSW <br><br> **ORDER REFERRING CASE TO MAGISTRATE JUDGE** |

Pursuant to Civil Local Rule 72-1 and to the parties' unanimous consent, the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to for all purposes.

**IT IS SO ORDERED.**

Dated: June 17, 2005          /s/ Jeffrey S. White
                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

cc: Wings Hom