UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> BERNARD WILLIAMS, individually and dba AVENUE CLUB, <br><br> Defendant(s). | No. C 04-2504 BZ <br><br> **ORDER SETTING STATUS CONFERENCE** |

**IT IS HEREBY ORDERED** that a Status Conference is scheduled for **Monday, August 1, 2005, at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Any party desiring to supplement the Case Management Statement previously filed in this case may do so in writing no later than seven (7) days prior to the Status Conference.

Dated: June 21, 2005

                /s/Bernard Zimmerman
                Bernard Zimmerman
                United States Magistrate Judge

G:\BZALL\-BZCASES\KINGVISION\STATUSCONFERENCE.ORD.wpd

1