UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> BERNARD WILLIAMS, individually and dba AVENUE CLUB, <br><br> Defendant(s). | No. C 04-2504 BZ <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S REQUEST FOR JURY TRIAL** |

Plaintiff filed a motion for an order striking defendant's request for jury trial. No opposition was filed by defendant, nor was a statement of nonopposition filed, as required by Local Rule 7-3. Plaintiff's motion is therefore **GRANTED**. The hearing on this matter scheduled for October 12, 2005 is **VACATED**.

Dated: September 29, 2005

  Bernard Zimmerman
  United States Magistrate Judge

G:\BZALL\-BZCASES\KINGVISION\MOTION2.ORDER.WPD

1