UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> BERNARD WILLIAMS, individually and dba AVENUE CLUB, <br><br> Defendant(s). | No. C 04-2504 BZ <br><br> **ORDER SHORTENING TIME** |

Today, I conferred by telephone with counsel for plaintiff Kingvision and defendant Bernard Williams. Counsel for Kingvision complained that the defendant has not responded to discovery. Counsel for Williams replied that he has been having difficulty communicating with his client and that he intends to move to withdraw as counsel for defendant. The court is concerned about Mr. Williams' reported lack of cooperation. If defendant is dissatisfied with Mr. Dimitriou, defendant should immediately arrange for a substitution of counsel. In the interim, the court

1

1 | finds good cause for shortening time to hear Mr.
2 | Dimitriou's Motion To Withdraw.  **IT IS THEREFORE ORDERED**
3 | that Mr. Dimitriou shall file his motion this week.  Any
4 | opposition shall be filed by December 17, 2005.  Any reply
5 | shall be filed by December 23, 2005.  The motion will be
6 | heard on **January 4, 2006, at 10:00 a.m.**, in Courtroom G,
7 | 15th Floor, Federal Building, 450 Golden Gate Avenue, San
8 | Francisco, California 94102.
9 |     Mr. Dimitriou is **ORDERED** to serve a copy of this order
10 | on the defendant, along with the Motion To Withdraw and
11 | supporting documents.
12 | Dated: December 7, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\KINGVISION\ORDER SHORTENING TIME.WPD

2