MARTIN B. GREENBAUM – CSB No. 45268
GREENBAUM & KATZ LLP
840 Newport Center Drive, Suite 720
Newport Beach, CA 92660
Tel: (949) 760-1400
Fax: (949) 760-1300

Attorneys for Plaintiff
KINGVISION PAY-PER-VIEW CORP., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTICT OF CALIFORNIA

KINGVISION PAY-PER-VIEW CORP., LTD.,

    Plaintiff,

vs.

BERNARD WILLIAMS, individually and dba AVENUE CLUB,

    Defendant.

Case No.: C 04-02504 BZ
JUDGE BERNARD ZIMMERMAN

PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL AND ORDER THEREON

DATE: January 4, 2006
TIME: 10:00 a.m.
PLACE: Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Plaintiff KINGVISION PAY-PER-VIEW CORP., LTD, by and through its counsel of record, MARTIN B. GREENBAUM, respectfully requests that Plaintiff's counsel be permitted to appear telephonically at the Motion to Withdraw as Defendant's Counsel, set on January 4, 2005, at 10:00 a.m., before the Hon. Bernard Zimmerman on the following grounds:

    1.    Plaintiff's counsel's law office is located in Orange County, California.

    2.    Plaintiff's counsel does not oppose this Motion.

    3.    Plaintiff's counsel's only issue at this Motion is the disposition of the Mediation set for January 11, 2006.

1

REQUEST FOR TELEPHONIC APPEARANCE AT MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL AND ORDER THEREON

4. It would be a waste of judicial resources and economy for Plaintiff's counsel to travel to San Francisco for a very short hearing and there is no need for the personal appearance of Plaintiff's counsel as the issues are simple and straight forward.

Dated: December 20, 2005          GREENBAUM & KATZ LLP

_____
MARTIN B. GREENBAUM
Attorneys for Plaintiff
KINGVISION PAY-PER-VIEW CORP., LTD

IT IS SO ORDERED:

DATE: December 21, 2005

Mr. Greenbaum
shall call the court
at 10:00 a.m.



IT IS SO ORDERED
Judge Bernard Zimmerman

---

2

REQUEST FOR TELEPHONIC APPEARANCE AT MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL
AND ORDER THEREON

PROOF OF SERVICE
(Code Civ. Proc. §1013a (3), 2015.5 C.C.P.)

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is GREENBAUM & KATZ LLP, 840 Newport Center Drive, Suite 720, Newport Beach, California 92660.

On December 20, 2005, I served the within document described as:

PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT
MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL AND ORDER THEREON

☐ BY FAX SERVICE: by transmitting the document listed above via facsimile from sending facsimile machine number to the fax number(s) set forth below on this date before 5:00 p.m. and receiving confirmed transmission reports indicating that the document(s) were successfully transmitted.

☒ By placing a true copy of the document listed above enclosed in a sealed envelope addressed as follows:

Andrew Dimitriou, Esq.
Dimitriou & Associates
180 Montgomery Street, Suite 2200
San Francisco, CA 94104

☒ BY FIRST CLASS MAIL: I deposited such envelope in the mail at Newport Beach, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under practice, said correspondence is deposited with the United States postal Service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business; and there is delivery service by United States mail at the place so addressed.
I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I delivered such envelope by hand to counsel listed on the attached personal service list.

☐ (State): I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal): I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on December 20, 2005, at Newport Beach, California.

*Linda Glennon* (signature)
Linda Glennon