|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
KINGVISION PAY-PER-VIEW      )
CORP., LTD.,                 )
                             )      No. C 04-2504 BZ
         Plaintiff(s),       )
                             )
     v.                      )
                             )      ORDER TO SHOW CAUSE AND
BERNARD WILLIAMS,            )      GRANTING MOTION TO WITHDRAW
individually and dba AVENUE  )
CLUB,                        )
                             )
         Defendant(s).       )
                             )
_____)
```

**IT IS HEREBY ORDERED** as follows:

1. Mr. Dimitriou's Motion To Withdraw As Counsel For Bernard Williams is **GRANTED** on the following conditions:

    (a) Mr. Dimitriou shall cause a copy of this order to be personally served on Mr. Williams;

    (b) The order granting the Motion To Withdraw is **STAYED** until **5:00 p.m. on January 23, 2006.**

2. Mr. Williams is **ORDERED** to appear personally on January 23, 2006, at 4:00 p.m., in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,

1

California 94102 to show cause why his answer should not be stricken and his default entered for his failure to respond to plaintiff's discovery and otherwise assist Mr. Dimitriou in the defense of this action.

    3.   The mediation scheduled for January 11, 2006, is **VACATED.**

    4.   On **January 23, 2006,** Mr. Greenbaum may appear by telephone - Mr. Dimitriou shall appear personally.

Dated: January 4, 2006

                                Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-BZCASES\KINGVISION\ORDER GRANTING WITHDRAWAL OF COUNSEL.WPD

2