UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> BERNARD WILLIAMS, individually and dba AVENUE CLUB, <br><br> Defendant(s). | No. C 04-2504 BZ <br><br> **ORDER STRIKING DEFENDANT'S ANSWER AND ENTERING DEFAULT** |

    A hearing on the Order to Show Cause and Granting Motion to Withdraw dated January 4, 2006 was held on February 13, 2006.  Mr. Williams failed to appear or otherwise respond to the Order To Show Cause.  As a sanction for his failures to make court appearances, to comply with court orders, and to respond to plaintiff's discovery, **IT IS ORDERED** that Mr. Williams' answer is stricken and his default entered.

    Plaintiff's Motion For A Default Judgment shall be filed by **March 1, 2006** and noticed for hearing on **April 19, 2006 at 10:00 a.m.**  Plaintiff shall serve a copy of its moving papers

1

1 | on Mr. Williams at his last known address and file a proof of
2 | service.
3 | Dated: February 14, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\KINGVISION\GRANT.OSC.wpd